**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Osvaldo GONZALEZ–VENEGAS,**
**Defendant–Appellant.**

**No. 05–11131.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided July 13, 2006.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Osvaldo Gonzalez–Venegas raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.